450 A.2d 1071

Triffin, Appellant v. Floria.

Argued April 5, 1982. Robert J. Triffin, appellant, in propria persona; Joanne P. Weil, for appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.